SCHOOL FOR THE BLIND ET AL. D. C. E. D. Cal. Application for stay of injunction pending appeal, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. A–634. FAIRFIELD v. UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–646. GHOLSON v. TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Application for stay, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. JUSTICE BRENNAN would grant the application.

No. D–366. IN RE DISBARMENT OF McMURRAY. Disbarment entered. [For earlier order herein, see 464 U. S. 911.]

No. D–393. IN RE DISBARMENT OF MOUSHEY. Charles L. Moushey, of Alliance, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 16, 1984 [464 U. S. 1066], is hereby discharged.

No. D–398. IN RE DISBARMENT OF ARMENTROUT. It is ordered that Eugene Lee Armentrout, of West Dundee, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–399. IN RE DISBARMENT OF LESESNE. It is ordered that Thomas Petigru Lesesne III, of Charleston, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–400. IN RE DISBARMENT OF PRACHT. It is ordered that Andrew White Pracht, of Eglin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–401. IN RE DISBARMENT OF BALLARD. It is ordered that Robert Kyle Ballard, Jr., of Carson, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.